Argued January 19, 1925.   Decided January 26, 1925. *Per Curiam.* Affirmed, upon the authority of *Riddle* v. *Dyche,* 262 U. S. 333, 335; *Goto* v. *Lane,* 265 U. S. 393, 401.   *Mr. Merwin S. Bobst* for plaintiffs in error.   *Solicitor General Beck* and *Assistant Attorney General Donovan* for the United States.

---

No. 760.. INDIAN REFINING COMPANY *v.* JOHN C. TAYLOR.   Error to the Supreme Court of the State of Indiana.   Motion to dismiss submitted January 26, 1925. Decided February 2, 1925.   *Per Curiam.*   Dismissed for want of jurisdiction, upon the authority of (1) *Toop* v. *Ulysses Land Co.,* 237 U. S. 580, 583; *Piedmont Power & Light Co.* v. *Graham,* 253 U. S. 193, 195; (2) *Texas Co.* v. *Brown,* 258 U. S. 466, 477, 478.   *Mr. U. S. Lesh,* for defendant in error, in support of the motion to dismiss. *Mr. James W. Noel, Mr. John Wallace Young* and *Mr. Richmond Wied,* for plaintiff in error, in opposition to the motion.

---

No. 247. JOSEPH O'MARA *v.* HARRY C. CRAMPTON. Error to the Supreme Court of the State of Indiana. Argued January 26, 27, 1925.   Decided February 2, 1925. *Per Curiam.*   Dismissed for want of jurisdiction upon the authority of *Missouri & Kansas Interurban Ry. Co.* v. *Olathe,* 222 U. S. 185, 186; *Haseltine* v. *Bank,* 183 U. S. 130, 131; *Schlosser* v. *Hemphill,* 198 U. S. 173, 175.   *Mr. Henry W. Moore* for plaintiff in error.   *Mr. Henry Adamson,* for defendant in error, submitted.

---

No. 251. G. L. CENTER *v.* UNITED STATES.   Error to the District Court of the United States for the Western District of South Carolina.   Argued January 27, 1925. Decided February 2, 1925.   *Per Curiam.*   Affirmed, upon